

December 15, 2021

**VIA ECF**

Hon. Patti B. Saris, Chief U.S. District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Elaine S. Kusel

esk@mccunewright.com
Phone: 973.888.1203
Fax: 909.557.1275

      Re:    *Souza v. St. Anne's Credit Union*
               Case No.:  1:21-cv-10472-PBS

Dear Judge Saris:

    Plaintiff Heather Souza and Defendant St. Anne's Credit Union jointly submit this letter to advise the Court on the status of the above-captioned action.  The parties are currently negotiating a resolution of this case and are hopeful that this matter can be resolved in January 2022.  Accordingly, the parties respectfully request that the deadlines in the case be stayed.

    The Parties can be available for a conference with the Court to discuss any questions or concerns it may have should the Court deem it necessary.

Respectfully Submitted,

MCCUNE WRIGHT AREVALO, LLP

*/s/ Elaine S. Kusel*
Elaine S. Kusel
Counsel for Plaintiff, Souza

LITCHFIELD CAVO, LLP

*/s/ Julie M. Mallen*
Julie M. Mallen
Counsel for Defendant, St. Anne's

ESK/tlt

One Gateway Center, Suite 2600, Newark, NJ  07102 ▪ Phone: 973.737.9981 ▪ McCuneWright.com

| INLAND EMPIRE - MAIN OFFICE | ORANGE COUNTY | INLAND EMPIRE - EAST | MIDWEST |
| --- | --- | --- | --- |
| Ontario, CA | Irvine, CA | San Bernardino, CA | Edwardsville, IL |